UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:                                                              )
    TIMOTHY SOULE                                      )    Chapter 13
    CARRIE LILLEY                                        )
        Debtors.                                           )    Case No. 09-43173-HJB

### STIPULATION ON THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK, AS TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN (DOCKET NO. 29)

NOW COME The Bank of New York Mellon, FKA The Bank of New York, as Trustee for the Certificate Holders CWABS, Inc., Asset-Backed Certificates, Series 2005-11 ("BONY") and Timothy Soule and Carrie Lilley (the "Debtors"), by and through their respective attorneys, and stipulate as follows:

1. On August 4, 2009, the Debtors filed a voluntary Chapter 13 Petition in the United States Bankruptcy Court for the District of Massachusetts. The Debtors filed a Chapter 13 Plan (Court Doc. No. 16) (the "Plan") on August 17, 2009.

2. On October 19, 2009, BONY filed an Objection to Confirmation of the Plan (Court Doc. No. 29) (the "Objection").

3. A hearing on the Objection is currently scheduled for Wednesday, November 18, 2009 at 11:00 A.M., in Worcester, Massachusetts.

4. The parties agree that the Objection should be sustained, and that the Debtors shall have thirty (30) days in which to file an amended plan addressing the issues in the Objection.

Agreed to on this 16th day of November 2009.

1

| | |
|---|---|
| The Bank of New York Mellon, FKA The Bank of New York, as Trustee for the Certificate Holders CWABS, Inc., Asset-Backed Certificates, Series 2005-11<br>By its attorneys,<br>/s/ Katelyn M. Ham<br>Katelyn M. Ham<br>BBO # 673909<br>Ablitt Law Offices, P.C.<br>304 Cambridge Road<br>Woburn, Massachusetts 01801<br>781-246-8995 (Telephone)<br>781-246-8994 (Facsimile)<br>kham@acdlaw.com | Timothy Soule<br>Carrie Lilley<br>By their attorneys,<br><br>/s/ Herbert Weinberg<br>Herbert Weinberg<br>BBO # 550415<br>Rosenberg & Weinberg<br>805 Turnpike Street, Suite 201<br>North Andover, Massachusetts 01845<br>978-683-2479 (Telephone)<br>978-682-3041 (Facsimile)<br>hweinberg@jrhwlaw.com |

CERTIFICATE OF SERVICE

I hereby certify that I have caused to be served, this day, a copy of the foregoing STIPULATION ON THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK, AS TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN (DOCKET NO. 29) filed with the Court, by mailing a copy first-class, postage prepaid, or by serving a copy electronically via CM/ECF, upon the parties listed below.

DATED: November 16, 2009                                       /s/ Katelyn M. Ham

By CM/ECF:

- Denise M. Pappalardo, Chapter 13 Trustee  denisepappalardo@ch13worc.com

- Richard King, Asst. U.S. Trustee-  USTPRegion01.WO.ECF@USDOJ.GOV

- Mitchell J. Levine on behalf of Chase Manhattan and Credit Acceptance mlevine@nairlevin.com

- Herbert Weinberg on behalf of Debtors  hweinberg@jrhwlaw.com

By First Class Mail

| | |
|---|---|
| Carrie Lilley<br>55 Red Spring Road<br>Andover, MA  01810<br><br>Timothy Soule<br>55 Red Spring Road<br>Andover, MA  01810 | BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P.<br>c/o McCalla Raymer, LLC, Bankruptcy Dept.<br>1544 Old Alabama Road<br>Roswell, GA  30076 |

2