UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:                                          )
    TIMOTHY SOULE                       )          Chapter 13
    CARRIE LILLEY                          )
                                                        )
    Debtors.                                   )          Case No. 09-43173-HJB

OBJECTION TO CONFIRMATION OF PLAN

NOW COMES The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificate Holders CWABS, Inc., Asset-Backed Certificates, Series 2005-11 ("Bank of New York"), by and through its undersigned counsel, and respectfully objects to the confirmation of the Debtors' Amended Chapter 13 Plan (Court Doc. No. 49). In support of its objection, Bank of New York states as follows:

    1.    On or about June 23, 2005, Timothy Soule and Carrie Lilley ("Debtors") granted to Mortgage Electronic Registration Systems, Inc. as nominee for Countrywide Home Loans, Inc. a mortgage on the real property located at 55 Red Spring Road, Andover, Massachusetts 01810 ("Property"), as recorded with the Essex County (Northern District) Registry of Deeds at Book 9597, Page 308 ("Mortgage"). The Mortgage secures a note given by the Debtors to Countrywide Home Loans, Inc. in the amount of $342,000.00 ("Note") on that same date, and was subsequently assigned to Bank of New York.

    2.    On August 4, 2009, the Debtors filed their petition and plan under Chapter 13 with this Court. The Debtors indicate on their petition that the Property address is their residence.

    3.    On September 10, 2009, Bank of New York filed a Proof of Claim in this case with regard to the amounts due under the Mortgage and Note indicating a pre-petition arrearage of $11,345.90, and a total secured claim of $338,944.40 ("Claim").

1

4.  On October 19, 2009, Bank of New York filed an objection to the confirmation of the plan on the basis that the original plan did not provide for the payment of any pre-petition arrearage under the Claim.  On November 16, 2009, Bank of New York and the Debtors entered into a stipulation that the Debtors would file an amended plan addressing the issues in the objection within 30 days.

5.  On January 6, 2010, the Debtors filed an amended plan and objection to the Claim ("Claim Objection").  The amended plan proposes to pay $11,233.50 of the pre-petition arrearage. In their Claim Objection the Debtors assert that the pre-petition arrearage claim should be $8,986.60. Both the amended plan and Claim Objection assert a pre-petition less than that set forth in the Claim.

6.  Bank of New York incorporates the reasons set forth in its response to the Claim Objection also filed on this date, and objects to the proposed treatment of its Claim under 11 U.S.C. §§ 1322 and 1325.

WHEREFORE, Bank of New York requests that this Court:

A. Deny confirmation of the amended plan; and

B. Order such and other relief as the Court may deem just.

        Respectfully submitted,

        The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificate Holders CWABS, Inc., Asset-Backed Certificates, Series 2005-11

        By its attorneys,

        ABLITT LAW OFFICES, PC

Dated: February 5, 2010  
        /s/ Jeana K. Reinbold  
        Jeana Kim Reinbold  
        BBO# 665173  
        304 Cambridge Road  
        Woburn, MA 01801  
        (781) 246-8995 ext. 250  
        jreinbold@acdlaw.com

CERTIFICATE OF SERVICE

      I hereby certify that I have caused to be served a copy of the foregoing OBJECTION TO CONFIRMATION OF PLAN filed with the Court this day, by mailing a copy first-class, postage prepaid, or by serving a copy electronically via CM/ECF, this day.

Dated: February 5, 2010                  /s/ Jeana K. Reinbold
                                                 Jeana Kim Reinbold

By CM/ECF:

- Denise M. Pappalardo, Chapter 13 Trustee  denisepappalardo@ch13worc.com
- Richard King Assistant U.S. Trustee-  USTPRegion01.WO.ECF@USDOJ.GOV
- Mitchell J. Levine on behalf of Creditor Chase Manhattan Bank USA NA  mlevine@nairlevin.com
- Herbert Weinberg on behalf of Debtors  hweinberg@jrhwlaw.com

By First Class Mail

    Carrie Lilley
    55 Red Spring Road
    Andover, MA  01810

    Timothy Soule
    55 Red Spring Road
    Andover, MA  01810

    BAC Home Loans Servicing, L.P. fka
    Countrywide Home Loans Servicing, LP
    c/o McCalla Raymer, LLC
    Bankruptcy Dept.
    1544 Old Alabama Road
    Roswell, GA 30076