UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:                                )
                                      )          Chapter 13
   TIMOTHY SOULE                  )
   CARRIE LILLEY                   )          Case No. 09-43173-HJB
                                      )
        Debtors.          )

RESPONSE TO DEBTORS' OBJECTION TO CLAIM OF BANK OF NEW YORK MELLON

    NOW COMES The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificate Holders CWABS, Inc., Asset-Backed Certificates, Series 2005-11 ("Bank of New York"), by and through its undersigned counsel, and respectfully responds to the Debtors' Objection to Claim of Bank of New York Mellon (Court Doc. No. 48) ("Objection") as follows:

    1.    Bank of New York suggests that no response is needed to the allegations in paragraph 1 of the Objection, as its Proof of Claim filed on September 10, 2009 speaks for itself.

    2.    Bank of New York denies the allegations contained in Paragraph 2 of the Objection. Answering further, Bank of New York states that the statement attached to the Objection indicates that the last payment received prior to the filing of the case was on April 1, 2009, and applied to the March 2009 payment. Since this case was filed on August 4, 2009, the loan would have been due for the payments due from April 2009 through August 2009 at the time of the filing of the case, as set forth in its Proof of Claim.

    3.    Bank of New York denies the allegations contained in Paragraph 3 of the Objection.

    WHEREFORE, Bank of New York respectfully requests that this Court enter an order:

    A. Overruling the Objection; and

    B. Granting such and other relief as the Court may deem just.

Respectfully submitted,

The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificate Holders CWABS, Inc., Asset-Backed Certificates, Series 2005-11

By its attorneys,

ABLITT LAW OFFICES, PC

Dated: February 5, 2010          /s/ Jeana K. Reinbold
Jeana Kim Reinbold
BBO# 665173
304 Cambridge Road
Woburn, MA 01801
(781) 246-8995 ext. 250
jreinbold@acdlaw.com

CERTIFICATE OF SERVICE

I hereby certify that I have caused to be served a copy of the foregoing OBJECTION TO CONFIRMATION OF PLAN filed with the Court this day, by mailing a copy first-class, postage prepaid, or by serving a copy electronically via CM/ECF, this day.

Dated: February 5, 2010          /s/ Jeana K. Reinbold
Jeana Kim Reinbold

By CM/ECF:

- Denise M. Pappalardo, Chapter 13 Trustee  denisepappalardo@ch13worc.com
- Richard King Assistant U.S. Trustee-  USTPRegion01.WO.ECF@USDOJ.GOV
- Mitchell J. Levine on behalf of Creditor Chase Manhattan Bank USA NA  mlevine@nairlevin.com
- Herbert Weinberg on behalf of Debtors  hweinberg@jrhwlaw.com

By First Class Mail

Carrie Lilley
55 Red Spring Road
Andover, MA  01810

Timothy Soule
55 Red Spring Road
Andover, MA  01810

BAC Home Loans Servicing, L.P. fka
Countrywide Home Loans Servicing, LP
c/o McCalla Raymer, LLC
Bankruptcy Dept.
1544 Old Alabama Road
Roswell, GA 30076

2